## Noble v. Campbell.

APPEAL from the Circuit Court of Colbert.
Tried before the Hon. R. H. WILHOYTE, Special Judge.

THOS. R. ROULHAC, J. H. NATHAN and GUNTER & GUNTER, for appellant.

ISAAC ORME and KIRK & ALMON, for appellee.

This was a statutory action of ejectment, brought by the appellees against the appellants. The case is substantially the same as when here on former appeal. *Campbell v. Noble*, 110 Ala. 382. The question now presented is as to the quantum of plaintiff's recovery, which was not involved in the former appeal. "It is this : The mother of Elizabeth Winter was the daughter of the testator. She survived Elizabeth and conveyed her interest in this land to the defendant. If she had an estate in fee at all, it was in an one-fifth of an one-half undivided interest, and as to such interest plaintiff was not entitled to recover, as she did in the court below." The court holds that she had such interest. Therefore the judgment of the circuit court is modified so as to limit the plaintiff's recovery to a nine-tenths undivided interest in the lands sued for. The judgment is thus modified and affirmed.

Opinion by McCLELLAN, J.